HUBERT M. FINNERTY, Respondent, v. HAROLD FRENCHMAN, Appellant.— In an action to recover on a contract for a real estate broker's services, order of the County Court, Westchester County, granting in part and denying in part plaintiff's motion to strike out the separate defenses from the answer as insufficient in law modified as follows: In the first ordering paragraph, subdivision 2, the word "granted" and all following matter in said subdivision are struck out and the word "denied" is substituted therefor. The second and third ordering paragraphs are struck out and in place thereof there shall be added a paragraph providing that in all other respects the motion is denied. As thus modified the order is affirmed, without costs. The second defense, under liberal interpretation, is sufficient as a pleading, although the admissibility of evidence thereunder must be determined by the trial court under the relevant facts as they appear. The County Court, having held part of the fourth defense sufficient, should have allowed that defense to stand as pleaded. We do not pass upon the sufficiency of that defense in the absence of an appeal by the plaintiff. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

■

AMANDA FLAMER, as Administratrix of the Estate of THOMAS F. WILSON, Deceased, Appellant, v. CITY OF YONKERS et al., Respondents.— In an action to recover damages for wrongful death, plaintiff appeals from a judgment in favor of defendants rendered after trial. Judgment unanimously affirmed, without costs. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

■

In the Matter of the Probate of the Will of IDA MARS, Deceased. CLARA HENDERSON et al., Appellants; WILLIAM J. McGIFFERT, as Executor of IDA MARS, Deceased, Respondent.— Appeal by some of the distributees of the testatrix, a committee of an incompetent distributee, and a special guardian from a decree of the Surrogate's Court of the County of Orange, admitting to probate the will of the testatrix, after trial before the court without a jury. Decree unanimously affirmed, with costs to the executor, the committee and the special guardian, payable out of the estate. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.